# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| PAULA JACKSON v. INDIAN PRAIRIE SCHOOL DISTRICT 204, HOWIE CROUSE, STEVEN DAESCHNER, JUDY HACKETT AND SHARON TATE | FILED: JULY 30, 2008<br>08CV4312<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PAULA JACKSON                                                PH

| NAME (Type or print) |
|---|
| Peter S. Stamatis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Peter S. Stamatis |
| FIRM |
| Law Offices of Peter S. Stamatis, P.C. |
| STREET ADDRESS |
| 77 West Wacker Drive, Suite 4800 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6217569 | 312 606 0045 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐