U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| PAULA JACKSON v. INDIAN PRAIRIE SCHOOL DISTRICT 204, HOWIE CROUSE, STEVEN DAESCHNER, JUDY HACKETT AND SHARON TATE | FILED: JULY 30, 2008<br>08CV4312<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PAULA JACKSON                                          PH

| NAME (Type or print) |
|---|
| Thomas C. Cronin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Thomas C. Cronin |
| FIRM |
| Cronin & Co., LLC |
| STREET ADDRESS |
| 77 West Wacker Drive, Suite 4800 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6204065 | 312 606 8606 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐