IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAULA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 4312 |
| | ) | |
| v. | ) | Judge Amy J. St. Eve |
| | ) | |
| INDIAN PRAIRIE SCHOOL DISTRICT 204, | ) | |
| SUPERINTENDENT HOWIE CROUSE, | ) | |
| SUPERINTENDENT STEVEN DAESCHNER, | ) | |
| ASST. SUPERINTENDENT OF | ) | |
| INSTRUCTIONAL SERVICES JUDY | ) | |
| HACKETT, and ASST. SUPERINTENDENT | ) | |
| OF INSTRUCTIONAL SERVICES SHARON | ) | |
| TATE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

The Defendants, INDIAN PRAIRIE COMMUNITY UNIT SCHOOL DISTRICT NO. 204, HOWIE CROUSE, STEVEN DAESCHNER, JUDY HACKETT, and SHARON TATE, by and through their attorneys, CANNA AND CANNA, LTD., hereby move this court for an extension of time to and including September 15, 2008, to answer or otherwise plead to Plaintiff's Complaint, and in support of said motion state as follows:

1. On July 30, 2008, the Plaintiff, PAULA JACKSON, filed a Complaint against the Defendants in this matter.

2. On July 31, 2008, Summons issued as to the Defendants.

3. Service of Summons was made upon Defendants on August 5, 2008.

4. Defendants have until August 25, 2008, to file an answer or to otherwise plead to Plaintiff's Complaint.

5.	Defendants' counsel is in the process of collecting information and reviewing the claims at issue, and requires additional time to answer or otherwise plead.

6.	This motion is not being filed for dilatory purposes or to harass or prejudice the other parties to this action.

7.	Defendants have not requested or received a previous extension of time to answer or otherwise plead.

8.	Plaintiff has agreed to this motion.

WHEREFORE, the Defendants, INDIAN PRAIRIE COMMUNITY UNIT SCHOOL DISTRICT NO. 204, HOWIE CROUSE, STEVEN DAESCHNER, JUDY HACKETT, and SHARON TATE, pray for an extension of time, to and including September 15, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

INDIAN PRAIRIE COMMUNITY UNIT
SCHOOL DISTRICT NO. 204, HOWIE CROUSE,
STEVEN DAESCHNER, JUDY HACKETT, and
SHARON TATE

By: _____s/ Joshua R. Runnels_____
         One of Their Attorneys

John F. Canna – ARDC #381217
Thomas J. Canna – ARDC #6180108
Dawn M. Hinkle – ARDC #6225112
Joshua R. Runnels – ARDC #6290627
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772