IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAULA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 4312 |
| | ) | |
| v. | ) | Judge Amy J. St. Eve |
| | ) | |
| INDIAN PRAIRIE SCHOOL DISTRICT 204, | ) | |
| SUPERINTENDENT HOWIE CROUSE, | ) | |
| SUPERINTENDENT STEVEN DAESCHNER, | ) | |
| ASST. SUPERINTENDENT OF | ) | |
| INSTRUCTIONAL SERVICES JUDY | ) | |
| HACKETT, and ASST. SUPERINTENDENT | ) | |
| OF INSTRUCTIONAL SERVICES SHARON | ) | |
| TATE, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF PRESENTMENT OF MOTION**

TO:  Mr. Peter S. Stamatis                         Mr. Thomas C. Cronin
     Law Office of Peter S. Stamatis, P.C.          Cronin & Co. Ltd.
     77 West Wacker Drive                           77 West Wacker Drive
     Suite 4800                                     Suite 4800
     Chicago, Illinois 60601                        Chicago, Illinois 60601

On the 26th day of August, 2008, at the hour of 8:30 a.m., I shall appear before the Honorable Amy J. St. Eve, in Courtroom 1241, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is attached and is herewith served upon you.

> INDIAN PRAIRIE COMMUNITY UNIT SCHOOL
> DISTRICT NO. 204, HOWIE CROUSE, STEVEN
> DAESCHNER, JUDY HACKETT, and SHARON TATE
>
> By: _____s/ Joshua R. Runnels_____
>          One of Their Attorneys

Joshua R. Runnels – ARDC #6290627
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772

## **CERTIFICATE OF SERVICE**

      I, Joshua R. Runnels, an attorney, certify that this notice and the documents identified herein have been served upon Plaintiff: (1) via ECF filing on August 19, 2008, pursuant to ECF filing rules and applicable local rules, and (2) by mailing a copy to the named persons at their indicated addresses by depositing same in the U.S. mail at the Orland Park Post Office by 5:00 p.m. on August 19, 2008, with proper postage prepaid.

                                                                                                                            _____s/ Joshua R. Runnels_____

John F. Canna – ARDC #381217
Thomas J. Canna – ARDC #6180108
Dawn M. Hinkle – ARDC #6225112
Joshua R. Runnels – ARDC #6290627
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772